UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY WONG,　　　　　　　　　　　　　　　　No. C-12-2098 DMR

　　　　　Plaintiff,　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　　　v.

WELLS FARGO HOME MORTGAGE, et al.,

　　　　　Defendants.
_____/

　　　Defendant Wells Fargo Bank, N.A. filed a motion to dismiss which is set for a hearing on June 14, 2012. Doc. no. 7. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on May 16, 2012, but no such opposition has been received. <u>Plaintiff Terry Wong is ordered to respond by June 5, 2012, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff does not respond timely to the order to show cause, Defendant's motion may be granted and/or the action may be dismissed for failure to prosecute.

　　　IT IS SO ORDERED.

Dated: May 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge